UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK JAMEY BREMER,<br><br>　　　　　　　　Petitioner,<br><br>　vs.<br><br>JEFFREY A. UTTECHT,<br><br>　　　　　　　　Respondent. | NO.  CV-10-3091-LRS<br><br>ORDER DISMISSING PETITION |

　　　　By Order filed December 23, 2010, the court advised Mr. Bremer of the deficiencies of his habeas petition, directed him to abandon frivolous legal arguments and to amend within sixty (60) days.  Petitioner, is proceeding *pro se* and *in forma pauperis* ;  Respondent has not been served.

　　　　Although cautioned that failing to amend as directed would result in dismissal of the Petition, Mr. Bremer has filed nothing further in this action.  Accordingly, for the reasons set forth in the previous Order, **IT IS ORDERED** the Petition is **DISMISSED** in part as frivolous, *Blackledge v. Allison*, 431 U.S. 63, 78 (1977), and in part for failure to set forth in summary form the ***facts*** supporting each of the grounds specified and to state the relief requested. *See* Rule 4 of the Rules Governing Section 2254 Cases.

　　　　**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment and forward copies to Petitioner at his last known address.  The court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this

ORDER DISMISSING PETITION -- 1

decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this __3rd__ day of March, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION -- 2